**Order entered November 29, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01072-CR

**THOMAS PAUL GILBERT, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-80015-2018**

## ORDER

Before the Court is court reporter Tonya Lebo's November 26, 2018 request for an extension of time to file the reporter's record. We **GRANT** the request and **ORDER** the reporter's record filed within **THIRTY DAYS** of the date of this order.

/s/    LANA MYERS
        JUSTICE